# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| TAYLOR LEBLANC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:21-CV-000162-LAG |
| v. ) | |
| ) | |
| THE PROCTER & GAMBLE, ) | |
| PAPER PRODUCTS COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., the parties stipulate and agree to the dismissal of Plaintiff Taylor LeBlanc's case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 27th day of January, 2022.

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /s/  James Garrity<br>James Garrity<br>Georgia Bar No. 121837<br>MARIE A. MATTOX, P.A.<br>203 North Gadsden Street<br>Tallahassee, FL   32301<br>Telephone:  (850) 383-4800<br>Jim@JimGarrityLaw.com<br>Wanda@mattoxlaw.com | /s/ Tracie Johnson Maurer<br>Tracie Johnson Maurer<br>Georgia Bar No. 395670<br>JACKSON LEWIS P.C.<br>171 17th Street, N.W., Suite 1200<br>Atlanta, Georgia 30363<br>Telephone: (404) 525-8200<br>Tracie.Maurer@jacksonlewis.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| TAYLOR LEBLANC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:21-CV-000162-LAG |
| v. | ) | |
| | ) | |
| THE PROCTER & GAMBLE, | ) | |
| PAPER PRODUCTS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve the following counsel of record:

> Tracie J. Maurer
> tracie.maurer@jacksonlewis.com

This 27th day of January, 2022.

> /s/ *James Garrity*
> James Garrity
> Georgia Bar No. 121837

4888-1498-5225, v. 1